UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>DAVID H. PILLOR,<br><br>　　　　Defendant(s).<br>_____/ | No. CR-05-0147 SI (JCS)<br><br>**NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**<br><br>(E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

　　　You are hereby notified that a settlement conference is scheduled for **July 28, 2005, at 1:30 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

　　　**Each party shall prepare a settlement conference statement, which must be lodged with the undersigned's chambers no later than noon on July 21, 2005.**  Please 3-hole punch the document at the left side.

　　　The settlement conference statement should **not** be filed with the Clerk of the Court and need not be served on opposing counsel.  The parties are encouraged, however, to exchange settlement conference statements.  If settlement conference statements are exchanged, any party may submit an additional confidential settlement letter to the Court not to exceed three (3) pages.  The contents of this confidential settlement letter will not be disclosed to the other parties.

　　　IT IS SO ORDERED.

Dated: July 18, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Joseph C. Spero　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge