# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| vs. | Docket Number: CR 05-00147-01 SI |
| David H. Pillor | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _November 8, 2005_ be continued until _January 20, 2006_ at _11:00 am_.

Date: 10/31/05

Susan Illston
United States District Judge

NDC-PSR-009 12/06/04