1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant PILLOR

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0147 SI (MEJ) |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER AMENDING CONDITIONS |
| ) | OF PRETRIAL RELEASE |
| DAVID PILLOR, ) | |
| Defendant. ) | |

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PRETRIAL RELEASE

1  With the approval of Pretrial Services Tim Elder, the parties stipulate and jointly request that
2  the conditions of pretrial release for Defendant David Pillor be amended to permit to temporarily
3  leave the Northern District of California to visit his family.  On December 17, 2005, from 8:00 a.m.
4  to 10:00 p.m., Mr. Pillor will visit his daughter, Kayti Pillor, at 1545 Olive Avenue, Redding,
5  California 96001, (530) 246-8802.  From December 22-23, 2005, Mr. Pillor will visit his sister,
6  Christine Cero, 1821 E. Jordan, Fresno, California 93720, (559) 323-6477.  From December 23-26,
7  2005, Mr. Pillor will visit his sister-in-law, Lily Garo, 1401 Riviera Drive, Santa Ana, California
8  92706, (714) 541-4459.
9  IT IS SO STIPULATED.

                                        KEVIN V. RYAN
                                        United States Attorney

DATED: December 15, 2005        _____/S/_____
                                        SUSAN JERICH
                                        Assistant United States Attorney


DATED: December 15, 2005        _____/S/_____
                                        DANIEL P. BLANK
                                        Assistant Federal Public Defender
                                        Attorney for David Pillor

IT IS SO ORDERED.

DATED:

December 15, 2005

                                        _____
                                        MARIA ELENA JAMES
                                        United States Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA · Judge Maria-Elena James]

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PRETRIAL RELEASE