1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant PILLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-0147 SI |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER AMENDING CONDITIONS |
| | ) | OF PROBATION |
| DAVID PILLOR, | ) | |
| | ) | |
| Defendant. | ) | |

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PROBATION

1  With the approval of Probation Officer Al Dural, the parties stipulate and jointly request that
2  the conditions of probation for Defendant David Pillor be amended to permit him to temporarily
3  leave the Northern District of California from March 3, 2006, through March 6, 2006, to visit his
4  mother in law for her 80th birthday. During that time, Mr. Pillor will reside at 2631 W. Aurora
5  Street, Santa Ana, California 92704, and can be reached at (714) 241-9834.
6  IT IS SO STIPULATED.

7  KEVIN V. RYAN
   United States Attorney

9  DATED: February 24, 2006        _____/S/_____
10                                  SUSAN JERICH
                                    Assistant United States Attorney

12 DATED: February 24, 2006        _____/S/_____
13                                  DANIEL P. BLANK
                                    Assistant Federal Public Defender
                                    Attorney for David Pillor

15 IT IS SO ORDERED.
16 DATED:                           _____
17                                  SUSAN ILLSTON
                                    United States District Judge

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PROBATION