1  BARRY PORTMAN
   Federal Public Defender
2  DANIEL BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant David Pillor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR 05-0147 SI |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER EXONERATING |
| | ) REAL PROPERTY BOND |
| v. | ) |
| DAVID PILLOR, | ) |
| Defendant. | ) |

On March 11, 2005 defendant David Pillor appeared before the United States Magistrate Judge Joseph C. Spero and was released on a bond. The bond was secured by real property bond of $200,000.00 made available from the sureties of Mr. David Pillor .

Mr.Pillor was sentenced on January 20, 2006 to five years probation. Mr. David Pillor has satisfied his obligations to the Northern District Court with respects the responsibilities of his sureties.

///

///

///

1

Mr. Pillor now prays that the proceeds that are held in regards of his bond be returned to the sureties.

**SO STIPULATED:**

Date: March 2, 2006 _____/S/_____
DANIEL BLANK
Assistant Federal Public Defender

Date: March 3, 2006 _____/S/_____
SUSAN JERICH
Assistant United States Attorney

**SO ORDERED.**

_____ _____
Dated HONORABLE SUSAN ILLSTON
United States District Judge

2