| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | DANIEL P. BLANK |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant PILLOR |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-0147 SI |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER AMENDING CONDITIONS |
| | ) | OF PROBATION |
| DAVID PILLOR, | ) | |
| | ) | |
| Defendant. | ) | |

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PROBATION

1  With the approval of Probation Officer Al Dural, the parties stipulate and jointly request that
2  the conditions of probation for Defendant David Pillor be amended to permit him to temporarily
3  leave the Northern District of California from March 31, 2006, through April 6, 2006, to help his
4  mother in law move.  During that time, Mr. Pillor, along with his wife Maria Sharts and his son
5  David, will reside with his sister in law, Lily Garo, at 1401 Riviera Drive, Santa Ana, California
6  92706, and can be reached at (714) 547-5939.

7  IT IS SO STIPULATED.

8                                          KEVIN V. RYAN
                                            United States Attorney

10  DATED: March 21, 2006            _____/s/_____
                                            SUSAN JERICH
11                                          Assistant United States Attorney

13  DATED: March 21, 2006            _____/s/_____
                                            DANIEL P. BLANK
14                                          Assistant Federal Public Defender
                                            Attorney for David Pillor

16  IT IS SO ORDERED.
17  DATED:                             _____
                                            SUSAN ILLSTON
18                                          United States District Judge

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PROBATION