BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PILLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DAVID PILLOR,<br><br>                Defendant. | No. CR 05-0147 SI<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF PROBATION |

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PROBATION

1   With the approval of Probation Officer Al Dural, the parties stipulate and jointly request that
2   the conditions of probation for Defendant David Pillor be amended to permit him to temporarily
3   leave the Northern District of California from June 30, 2006, through July 3, 2006, to see his
4   grandmother who was at the hospital with a broken arm. During that time, Mr. Pillor, along with his
5   wife Maria Sharts and his son David, will reside with his sister in law, Lily Garo, at 1401 Riviera
6   Drive, Santa Ana, California 92706, and can be reached at (714) 547-5939.
7   IT IS SO STIPULATED.

KEVIN V. RYAN
United States Attorney

DATED: 6/2/2006        _____/S/_____
                       SUSAN JERICH
                       Assistant United States Attorney

DATED: 6/2/2006        _____/S/_____
                       DANIEL P. BLANK
                       Assistant Federal Public Defender
                       Attorney for David Pillor

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

IT IS SO ORDERED.

DATED:                 _____
                       SUSAN ILLSTON
                       United States District Judge

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PROBATION