BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PILLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>DAVID PILLOR,<br><br>               Defendant. | No. CR 05-0147 SI<br><br>STIPULATION AND [PROPOSED]<br>ORDER AMENDING CONDITIONS<br>OF PROBATION |

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PROBATION

1   With the approval of Probation Officer Al Dural, the parties stipulate and jointly request that
2   the conditions of probation for Defendant David Pillor be amended to permit him to temporarily
3   leave the Northern District of California from January 5, 2007, through January 8, 2007, to see his
4   sister in law, Lily Garo. During that time, Mr. Pillor, along with his wife Maria Sharts, will reside
5   with his sister in law at 1401 Riviera Drive, Santa Ana, California 92706, and can be reached at
6   (714) 547-2796.
7   IT IS SO STIPULATED.

KEVIN V. RYAN
United States Attorney

DATED: December 20, 2006          _____/S/_____
                                  SUSAN JERICH
                                  Assistant United States Attorney


DATED: December 19, 2006          _____/S/_____
                                  DANIEL P. BLANK
                                  Assistant Federal Public Defender
                                  Attorney for David Pillor


IT IS SO ORDERED.

DATED: _____

SUSAN ILLSTON
United States District Judge

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PROBATION